| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>TEILBORG, JAMES A. | 2. Court or Organization<br><br>U. S. DISTRICT COURT | 3. Date of Report<br><br>05/07/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>1/1/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>401 WEST WASHINGTON STREET<br>SUITE 523-SPC 51<br>PHOENIX, AZ 85003-2154 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | METROPOLITAN LIFE # 1 (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/07/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | METROPOLITAN LIFE (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) | $13,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | LIBERTY UNIVERSITY | MARCH 22- 24, 2013 | LYNCHBURG, VA | PRESIDING AT MOOT COURT COMPETITION | TRANSPORTATION, FOOD AND HOTEL |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | ++++RAW LAND, ▆▆▆ (2000, $79,000.) | | None | L | R | | | | | |
| 2. | (H) PACIFIC LIFE VARIABLE ANNUITY # 1 | | | | | | | | | |
| 3. | --- PIMCO INFLATION MANAGED | | None | J | T | | | | | |
| 4. | --- PIMCO MANAGED BOND | | None | J | T | | | | | |
| 5. | --- T. ROWE PRICE SHRT DUR BD(PREV. MANAGED BY GOLMAN SACHS) | | None | K | T | | | | | |
| 6. | --- COMSTOCK-INVESCO (PREV. MANAGED BY VAN KAMPEN ) | | None | L | T | | | | | |
| 7. | --- JANUS FOCUSED 30 | | None | K | T | | | | | |
| 8. | ---SCOUT MID-CAP EQUITY (PREV. MANAGED BY LAZARD) | | None | K | T | | | | | |
| 9. | --- BLACK ROCK SMALL CAP INDEX | | None | K | T | | | | | |
| 10. | --- JPMORGAN INT'L VALUE (PREV. MANAGED BY BERNSTEIN) | | None | K | T | | | | | |
| 11. | --- DIVIDEND GROWTH-T ROWE PRICE | | None | L | T | | | | | |
| 12. | THERMOSURGERY, INC. | | None | J | T | | | | | |
| 13. | (H) NATIONWIDE FLEXIBLE VARIABLE UNIVERSAL LIFE POLICY | | | | | | | | | |
| 14. | --- NVIT MID CAP INDEX 1 | | None | K | T | | | | | |
| 15. | --- DREY VIF APPRECIATION PT | | None | K | T | | | | | |
| 16. | --- OPP MDCAP/VA NSS | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. --- OPP MS ST/VA NSS | | None | K | T | | | | | |
| 18. --- JnsAspOverseas Svc(Formerly JAS INT'L GRTH PORT SV SHRS) | | None | K | T | | | | | |
| 19. --- NVIT Mult-Mgr MdCap Gr 1 | | None | J | T | | | | | |
| 20. (H) EQUITABLE LIFE POLICY | | | | | | | | | |
| 21. --- EQ/ INTRMDTE GOVT BOND INDX(FORMERLY ALLBRNSTN INT GOVT) | | None | K | T | | | | | |
| 22. --- EQ/ BLACK ROCK BASIC VALUE EQUITY | | None | K | T | | | | | |
| 23. --- EQ/ MID CAP | | None | K | T | | | | | |
| 24. --- EQ/ LARGE CAP CORE PLUS | | None | J | T | | | | | |
| 25. --- EQ/ EQUITY GROWTH PLUS (FORMERLY EQ /FOCUS PLUS) | | None | K | T | | | | | |
| 26. --- EQ/ INTERNATIONAL CORE PLUS | | None | J | T | | | | | |
| 27. --- MULTIMANAGER SMALL CAP VALUE | | None | K | T | | | | | |
| 28. [redacted] HANGER [redacted], INC. | | None | L | U | | | | | |
| 29. FIRST CREDIT UNION ACCOUNTS | | None | | | Closed | 03/08/13 | J | | |
| 30. JOHN HANCOCK FREEDOM 529, PORTFOLIO 2013-2016A (NO CONTROL) | A | Int./Div. | K | T | | | | | |
| 31. JOHN HANCOCK FREEDOM 529, PORTFOLIO A, (NO CONTROL) | A | Int./Div. | J | T | | | | | |
| 32. JOHN HANCOCK FREEDOM 529, PORTFOLIO 2017-2020A, (NO CONTROL) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. JOHN HANCOCK FREEDOM 529, PORTFOLIO 2017-2020A, (NO CONTROL) | A | Int./Div. | K | T | | | | | |
| 34. JOHN HANCOCK FREEDOM 529, PORTFOLIO 2021-20524A (NO CONTROL) | A | Int./Div. | J | T | | | | | |
| 35. NUVEEN MUNICIPAL VALUE FUND | A | Dividend | J | T | | | | | |
| 36. (H) LINCOLN NATIONAL AMERICAN LEGACY III VIEW 14L | | | | | | | | | |
| 37. --- BL CHP INCOME & GROWTH | | None | L | T | | | | | |
| 38. ---GROWTH | | None | M | T | | | | | |
| 39. --- GROWTH & INCOME | | None | L | T | | | | | |
| 40. --- GLOBAL SMALL CAP | | None | K | T | | | | | |
| 41. --- INTERNATIONAL | | None | L | T | | | | | |
| 42. --- NEW WORLD | | None | K | T | | | | | |
| 43. --- GLOBAL GROWTH-INCOME | | None | K | T | | | | | |
| 44. --- GLOBAL GROWTH | | None | L | T | | | | | |
| 45. --- BOND | | None | K | T | | | | | |
| 46. --- GLOBAL BOND | | None | K | T | | | | | |
| 47. --- GOV'T/AAA SECURITIES | | None | K | T | | | | | |
| 48. --- HIGH INCOME BOND | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 7 of 13

**Name of Person Reporting**

TEILBORG, JAMES A.

**Date of Report**

05/07/2014

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. AXA EQUITABLE LIFE INSURANCE | A | Int./Div. | M | T | | | | | |
| 50. GENERAL AMERICAN WHOLE LIFE INSURANCE POLICY | A | Int./Div. | J | T | | | | | |
| 51. FIA CARD SERVICES | A | Dividend | L | T | | | | | |
| 52. ISHARES MBS BOND ( FORMERLY ISHARES BARCLAYS MBS BOND) | B | Dividend | M | T | | | | | |
| 53. (H) PRUDENTIAL RETIREMENT B SERIES ANNUITY | | | | | | | | | |
| 54. ---AST SCHRODERS MULTI-ASSET WORLD STRAT. | | None | L | T | | | | | |
| 55. ---AST ACADEMIC STRATEGIES ASSET ALLOCATION | | None | L | T | | | | | |
| 56. ---AST GOLDMAN SACHS MULTI-ASSET(FORMERLY HORIZON MODERATE ASSET ALLO) | | None | L | T | | | | | |
| 57. ---AST BLACKROCK GLOBAL STRATEGIES PORT. | | None | L | T | | | | | |
| 58. ELEMENTS - ROGERS TR SV=4126.81 | | None | | | Sold (part) | 04/01/13 | K | | |
| 59. | | | | | Sold | 06/03/13 | K | | |
| 60. ISHARES DOW JONES US REAL ESTATE | A | Dividend | | | Buy | 01/02/13 | K | | |
| 61. | | | | | Sold (part) | 03/21/13 | J | A | |
| 62. | | | | | Sold | 07/08/13 | K | B | |
| 63. ISHARES GOLD TR | | None | | | Sold (part) | 02/01/13 | K | | |
| 64. | | | | | Sold | 05/01/13 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 65. ISHARES IBOXX $ INV GRADE CORP BD FD | B | Dividend | K | T | | | | | |
| 66. ISHARES IBOXX HIGH YIELD CORP BD FD | B | Dividend | K | T | | | | | |
| 67. ISHARES JP MORGAN EM BOND | A | Dividend | | | Sold | 08/01/13 | K | | |
| 68. ISHARES MSCI EAFE INDEX FD | D | Dividend | N | T | Sold (part) | 03/21/13 | J | A | |
| 69. | | | | | Sold (part) | 12/18/13 | J | A | |
| 70. ISHARES RUSSELL 1000 GROWTH INDEX FD | | None | | | Sold | 01/02/13 | M | D | |
| 71. VANGUARD CONSUMER STAPLES ETF | B | Dividend | L | T | Sold (part) | 03/21/13 | J | A | |
| 72. | | | | | Sold (part) | 12/18/13 | J | A | |
| 73. VANGUARD FINANCIALS ETF | A | Dividend | L | T | Sold (part) | 03/21/13 | J | A | |
| 74. | | | | | Sold (part) | 12/18/13 | J | A | |
| 75. VANGUARD HEALTH CARE ETF | | None | | | Sold | 01/02/13 | K | | |
| 76. VANGUARD INDUSTRIAL ETF | | None | | | Sold | 01/02/13 | K | C | |
| 77. VANGUARD INTERMEDIATE TERM BOND ETF | C | Dividend | L | T | Buy | 01/02/13 | K | | |
| 78. | | | | | Sold (part) | 08/01/13 | K | | |
| 79. VANGUARD MATERIALS ETF | | None | | | Sold | 04/01/13 | K | B | |
| 80. VANGUARD MSCI EMERGING MRKTS ETF | B | Dividend | | | Sold (part) | 06/03/13 | L | | |
| 81. | | | | | Sold | 07/01/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | TEILBORG, JAMES A. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82. | VANGUARD SHORT TERM BOND | B | Dividend | M | T | Sold (part) | 01/02/13 | K | | |
| 83. | | | | | | Buy (add'l) | 02/01/13 | J | | |
| 84. | | | | | | Buy (add'l) | 04/02/13 | J | | |
| 85. | | | | | | Buy (add'l) | 05/01/13 | K | | |
| 86. | | | | | | Buy (add'l) | 06/03/13 | K | | |
| 87. | | | | | | Buy (add'l) | 07/01/13 | K | | |
| 88. | | | | | | Buy (add'l) | 07/08/13 | K | | |
| 89. | | | | | | Buy (add'l) | 10/01/13 | K | | |
| 90. | | | | | | Sold (part) | 11/01/13 | M | | |
| 91. | | | | | | Sold (part) | 12/02/13 | L | A | |
| 92. | VANGUARD TELECOMM SRVCS ETF | | None | | | Sold | 01/02/13 | K | A | |
| 93. | VANGUARD CONSUMER DISCRETIONARY ETF | | None | | | Buy | 01/02/13 | K | | |
| 94. | | | | | | Sold (part) | 03/21/13 | J | A | |
| 95. | | | | | | Sold | 04/01/13 | K | C | |
| 96. | VANGUARD ENERGY ETF | A | Dividend | L | T | Buy | 01/02/13 | K | | |
| 97. | | | | | | Sold (part) | 03/21/13 | J | A | |
| 98. | | | | | | Sold (part) | 12/18/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 99. VANGUARD SMALL CAP VALUE ETF | C | Dividend | M | T | Buy | 01/02/13 | M | | |
| 100. | | | | | Sold (part) | 03/21/13 | J | B | |
| 101. | | | | | Sold (part) | 12/18/13 | J | C | |
| 102. VANGUARD UTILITIES ETF | B | Dividend | K | T | Buy | 01/02/13 | K | | |
| 103. | | | | | Sold (part) | 03/21/13 | J | A | |
| 104. VANGUARD HEALTH CARE ETF | | None | | | Buy | 04/01/13 | K | | |
| 105. | | | | | Sold | 10/01/13 | L | D | |
| 106. VANGUARD INDUSTRIAL ETF | | None | | | Buy | 04/01/13 | K | | |
| 107. | | | | | Sold | 07/01/13 | K | B | |
| 108. ELEMENTS - ROGERS TR DUE 10/24/22 | | None | K | T | Buy | 07/01/13 | J | | |
| 109. | | | | | Buy (add'l) | 09/03/13 | K | | |
| 110. | | | | | Sold (part) | 10/01/13 | J | A | |
| 111. ISHARES 1 - 3 YEAR TREASURY BOND ETF | A | Dividend | L | T | Buy | 06/03/13 | K | | |
| 112. | | | | | Buy (add'l) | 07/01/13 | K | | |
| 113. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 114. | | | | | Buy (add'l) | 08/01/13 | L | | |
| 115. | | | | | Sold (part) | 09/03/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 116. VANGUARD CONSUMER DISCRETIONARY ETF | A | Dividend | K | T | Buy | 07/01/13 | K | | |
| 117. ISHARES GOLD TR | | None | | | Buy | 09/03/13 | K | | |
| 118. | | | | | Sold | 10/01/13 | K | | |
| 119. VANGUARD INDUSTRIAL ETF | A | Dividend | K | T | Buy | 10/01/13 | K | | |
| 120. VANGUARD MSCI EMERGING MARKETS | A | Dividend | M | T | Buy | 11/01/13 | M | | |
| 121. ISHARES GOLD TR | | None | K | T | Buy | 12/02/13 | K | | |
| 122. VANGUARD REIT ETF | A | Dividend | K | T | Buy | 12/02/13 | K | | |
| 123. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 05/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES A. TEILBORG**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544